IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv611

| | |
|---|---|
| DONNA L. BABSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| HILLCREST FOODS, INC., d/b/a, ) | |
| WAFFLE HOUSE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the court *sua sponte*. Having reviewed the pleadings, the parties filed a Joint Motion for Stay and Motion for Arbitration (#15), requesting permission to proceed through private arbitration. The Magistrate Judge granted the Motion in its Order and Memorandum and Recommendation (#16) on February 6, 2012, and the undersigned affirmed the court's Order (#17) on February 27, 2012. According to the Order and Memorandum and Recommendation, the parties were to file a Status Report, or a Stipulation of Dismissal, on or before May 11, 2012. Seeing no filings since February 27, the court contacted the parties through their attorneys of record, and having received no response within a reasonable time, the court issues the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the stay previously granted in this matter is hereby dissolved, and the parties are ordered to proceed with the Initial Attorney's Conference within 14 days, in accordance with L.Cv.R. 6.1.

Signed: August 17, 2012

Max O. Cogburn Jr.
United States District Judge