# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-611-MOC-DCK

| | |
|---|---|
| DONNA L. BABSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HILLCREST FOODS, INC. d/b/a ) | |
| WAFFLE HOUSE, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Consent Motion To Stay" (Document No. 15) filed August 28, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the parties' consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Consent Motion To Stay" (Document No. 19) is **GRANTED**. This matter shall be **STAYED** until otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that the parties shall file a status report, jointly if possible, on or before **December 1, 2012**, regarding the status of the arbitration in this matter.

Signed: August 29, 2012

_____
David C. Keesler
United States Magistrate Judge